

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00063-CR
_____

OSCAR LONGORIA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2013-438,023, Honorable John J. "Trey" McClendon III, Presiding

March 2, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Pending before this Court is appellant Oscar Longoria's motion to dismiss his appeal. As required by Rule of Appellate Procedure 42.2(a), appellant and his attorney have signed the motion. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.